UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KENNETH GAMBLE, )
)
         Plaintiff, )
  vs. ) No. 1:09-cv-306-WTL-DML
)
JEFF WRIGHT, et al., )
)
         Defendants. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 12/01/2009

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Kenneth Gamble
DOC #912617
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362